**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WILLIAM T. CHASE, *et al.*, | : |
| | : |
|     Plaintiffs, | : |
| | : |
|  v. | : Civil Action No. 03-1683 (JR) |
| | : |
| AIMCO PROPERTIES, L.P., | : |
| | : |
|     Defendant. | : |

### ORDER

The plaintiffs' motion for class certification and for court-supervised notice [72] is **denied in part and granted in part**. The motion for notice is **granted**. Notice of this action pursuant to 29 U.S.C. 216(b) shall be sent to all individuals employed by defendants as maintenance technicians at any time since August 7, 2000. The motion for class certification is **denied**.

                                              JAMES ROBERTSON
                                United States District Judge